Dismissed and Memorandum Opinion filed November 29, 2007








Dismissed
and Memorandum Opinion filed November 29, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00224-CV

____________

 

THE UNIVERSITY OF TEXAS HEALTH
SCIENCE CENTER AT HOUSTON, Appellant

 

V.

 

THE ESTATE OF JOSEPH EDWARD EWTON, KRISTA MARIE COMA
(f/k/a KRISTI COMA EWTON), Next Friend and Parent of the Minor Child,
KENNEDY MARIE COMA, LAURA WEATHERS, and TERRY J. EWTON, Appellees

 



 

On Appeal from the
280th District Court

Harris County,
Texas

Trial Court Cause
No. 2006-21000

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 23, 2007.  On November 14, 2007,the
parties filed a joint motion to dismiss the appeal because all issues have been
settled.  See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
November 29, 2007.

Panel consists of Justices Yates, Fowler, and Guzman.